11TH COURT OF APPEALS

EASTLAND, TEXAS

J U D G M E N T

In re Pamela Holbrook,                    * Original Proceeding

No. 11-13-00141-CV                        * May 9, 2013

                                          * (Panel consists of: Wright, C.J.,
                                            McCall, J., and Willson, J.)


This court has considered relator's petition for writ of mandamus and concludes that the petition should be denied. Therefore, the petition for writ of mandamus is denied.